IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JAMES ALIFF and SAVANNAH DIANNE     *
MCNORRILL, on behalf of             *
themselves and all others           *
similarly situated,                 *
                                    *
        Plaintiffs,                 *
                                    *
        v.                          *      CV 114-198
                                    *
RESURGENT CAPITAL SERVICES and      *
LVNV FUNDING, LLC,                  *
                                    *
        Defendants.                 *
```

## O R D E R

Before the Court is Plaintiffs' notice of dismissal without prejudice. (Doc. 59.) To date, no objection or other response has been made in opposition to Plaintiffs' notice of dismissal. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA